Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Kayla R. Gassmann, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

Jose Soto-Ortiz appeals the 57-month within-guidelines sentence imposed in connection with his guilty plea conviction for illegal reentry after deportation. Soto-Ortiz argues that the district court plainly erred in characterizing his prior convictions for Texas murder and aggravated assault as crimes of violence within the Guidelines, resulting in an additional crimi-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

nal history point under U.S.S.G. § 4A1.1(e). He contends that the residual clause of the former version of U.S.S.G. § 4B1.2(a)(2) (2015), is unconstitutional in light of *Johnson v. United States,* — U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), where the Supreme Court held that nearly identical language in the Armed Career Criminal Act was unconstitutionally vague. All of Soto-Ortiz's arguments are foreclosed by *United States v. Jeffries,* 822 F.3d 192, 193-94 (5th Cir.), *reh'g denied,* 829 F.3d 769 (5th Cir. 2016), *cert. denied,* — U.S. ——, 137 S.Ct. 1328, 197 L.Ed.2d 524 (2017) and *Beckles v. United States,* — U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145 (2017).

Accordingly, the Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED. The alternative motion for an extension of time is DENIED as moot.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jaime Elario RAMOS-CALLEROS,**
**Defendant-Appellant**

No. 16-41601
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed November 14, 2017

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jaime Elario Ramos-Calleros, Pro Se

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jamie Elario Ramos-Calleros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramos-Calleros has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review, especially in light of the district court's statement that Ramos-Calleros's sentence was appropriate irrespective of the Guidelines range. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

